■ MICHAEL S. JOHNSTON, Respondent, v COUNTY OF SCHENECTADY, Appellant, et al., Defendant.—Appeal from an order of the Supreme Court at Special Term, entered August 12, 1977 in Schenectady County, which denied a cross motion by appellant to dismiss the complaint for failure to state a cause of action. Order affirmed, with costs, on the opinion of Gibson, J., at Special Term. Mahoney, P. J., Sweeney, Staley, Jr., Larkin and Herlihy, JJ., concur.